THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH MILANO, Appellant.

(Argued December 2, 1919; decided January 6, 1920.)

APPEAL from a judgment of the Supreme Court rendered January 25, 1919, at a Trial Term for the county of Bronx upon a verdict convicting the defendant of the crime of murder in the first degree.

*George Gordon Battle* for appellant.

*Francis Martin, District Attorney (Charles B. McLaughlin* and *Albert Cohn* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.